**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| VINCENT THOMAS, | No. 114 MM 2015 |
| Petitioner | |
| v. | |
| HONORABLE, GREGORY M. MALLON, JUDGE, OF DELAWARE COUNTY, PA. AND HONORABLE, CHAD F. KENNEY, JUDGE OF DELAWARE COUNTY, PJ., | |
| Respondents | |

## ORDER

**PER CURIAM**

AND NOW, this 29th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the names of the jurists from the caption.